STEPHEN MOKONE v. DEPARTMENT OF CORRECTIONS.

June 16, 1982.

Petition for certification denied.

NORINE MARY PERREAULT v. NORMAN HENRY PERREAULT, JR.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. NELSON GUZMAN.

June 16, 1982.

Petition for certification denied.

FRED BERGER v. GENEVIEVE BERGER.

June 16, 1982.

Petition for certification denied.